■ In the Matter of BOBBY WILLIAMS, Appellant, v BOARD OF PAROLE FOR NEW YORK STATE et al., Respondents. [633 NYS2d 182] —In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Board of Parole dated July 21, 1993, which, after a hearing, denied the petitioner parole, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Leavitt, J.), entered May 25, 1994, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The Board of Parole's consideration of the District Attorney's negative recommendation concerning the petitioner's request for parole was not a denial of the petitioner's due process rights (which do not attach to parole hearings), contrary to law, or a violation of a positive statutory requirement *(see, Matter of Russo v New York State Bd. of Parole,* 50 NY2d 69; *Matter of Briguglio v New York State Bd. of Parole,* 24 NY2d 21; *People ex rel. Grimmick v McGreevy,* 141 AD2d 989; *Matter of Lynch v New York State Div. of Parole,* 82 AD2d 1012; Executive Law § 259-i [5]). Accordingly, the determination of the Board of Parole is beyond judicial review *(see,* Correction Law § 212; *Matter of Briguglio v New York State Bd. of Parole, supra).*

We have considered the petitioner's remaining contentions and find them to be without merit. Balletta, J. P., Thompson, Ritter and Florio, JJ., concur.